# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

A Silver LG cellular phone, S/N 712CYSF0054750 and 15 other electronic storage devices all located at 2000 Royal Oaks Drive, Sacramento, CA (USPIS Evidence Room) more particularly described in Attachment A. Attachment A is attached hereto and fully incorporated herein.

Case Number:

FILED

MAR 2 9 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

2:18-SW.0300     EFB

I, ___Jeanne-Marie Martin, being duly sworn depose and say:

I am a (n) ___U. S. Postal Inspector___ and have reason to believe that:
☐ on the person of or ☒ on the property or premises know as (name, description and/or location)

**See Attachment A, attached and incorporated herein**

in the _____EASTERN_____ District of _____CALIFORNIA_____

there is now concealed a certain person or property, namely (describe the person or property to be seized)

**See Attachment B, attached and incorporated herein**

which is (state one or more bases for search set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

**evidence of, fruits of, instrumentalities, and property designed for use, intended for use and used in committing crimes**

concerning a violation of Title ___18___ United States code, Section (s) ___371, 1704, 1705, 2114(a), 2114(b), 1344(1)(2), 1708, 1028A(a)(1).

The facts to support a finding of probable cause are as follows: **See Attached Affidavit, fully incorporated herein**
Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Affiant
Jeanne-Marie Martin, Postal Inspector

Sworn to before me and subscribed in my presence,

_3-28-218_____        at ___Sacramento, California_____
Date                                                         City and State

Edmund F. Brennan
U.S. Magistrate Judge                              _____
Name and Title of Judge                          Signature of Judge

## ATTACHMENT A

The items to be searched -- currently securely stored at the USPIS Sacramento Domicile, Evidence Room, 2000 Royal Oaks Drive, Sacramento, California -- include the following electronic devices:

(1) Silver LG cellular phone, S/N 712CYSF0054750
(2) White LG cellular phone, S/N 702CYFT1063451
(3) Black and Red Sandisk Cruzer 8GB Thumbdrive
(4) Black and Grey Patriot Memory 4GB Thumbdrive
(5) Black ZTE cellular phone, S/N 32576449D6F5
(6) Grey LG cellular phone, S/N 709CQCV210243
(7) ZTE cellular phone, S/N 325176612643
(8) LG J3 cellular phone, S/N 712CYUK040118
(9) Verizon 4G LTE Tablet, FCC ID No. HFSQMV78
(10) Green micro SD HC thumb drive
(11) ZTE cellular phone, S/N 325776513083
(12) ZTE cellular phone, S/N 320183882767
(13) Red Dell Laptop, S/N 00196-065-021-193
(14) ZTE cellular phone, S/N 32018384435
(15) Black Smart Watch, S/N 355201801240948
(16) Samsung cellular phone with cracked screen, SW No. G530T1UVU1AOH9

///

**ATTACHMENT B**

1.  Electronic books, records, receipts, notes, ledgers, pictures, video, and communications (emails and text messaging) relating to obtaining, possessing, profiling, using, and or selling personal, identifying, and financial information, to include i.d. numbers (such as dates of birth, social security numbers, and driver's license numbers), financial institution account numbers, credit cards and credit card images and numbers, and goods and services obtained.

2.  Electronic books, records, receipts, notes, ledgers, pictures, video, and communications (emails and text messaging) relating to the false use or theft of personal and/or financial identifying information, credit and credit cards, and merchandise (including references to vehicles, gloves, pry bars, other theft/burglary tools, computers, printers, i.d. and check making software, electronic reader writers, label makers, heat sealers, embossers, identification imprinters, paper stock, access devices, and/or stolen property proceeds).

3.  Electronic books, records, receipts, notes, ledgers, pictures, video, and communications (emails and text messaging) relating to (a) the acquisition, transfer and use of a weapon and ammunition, specifically to include an authentic revolver or BB gun, (b) facilitating a robbery (specifically including the March 9, 2018 robbery of a letter carrier on Calle Royale Way in Sacramento), (c) obtaining a postal key (including references to US Postal Service Keys generally and USPS Postal Key with serial number ending 590 or a "magical key"), (d) letter carriers and their routes and (e) using a USPS postal key or "magical key".

4.  Electronic address and/or telephone books and other electronic materials reflecting names, addresses (such as Manzanita Avenue and Lions Gate Way), and/or telephone numbers of any persons who may be involved in the theft, possession, use, and transfer of U.S. Mail or postal property, armed robbery, identity theft, mail fraud, access device fraud, wire fraud, bank fraud, and sales of such items obtained by fraud, specifically including communications between and among Brandon Moses, Damian Deleal, Jaycee Powell, and Loren Patrick.

5.  Electronic books, records, receipts, notes, ledgers, pictures, video, and communications (emails and text messaging) relating to victims of theft, forwarding, or possession of U.S. Mail, and relating to the theft, possession, use, transfer, and sale of personal identifying and financial information. Any and all names, addresses, identification information, and telephone numbers of potential victims. Such victims include, but are not limited to N.P., S.G., S.S., M. L., S.R., S.M., J.S., K.M., PB., RB., V.G., and N.S, whose full names are known to law enforcement. Such addresses include, but are not limited to Palmerson Drive, Diablo Drive, Dieppe Way, Shade Tree Way, Keoncrest Circle, Porto Pino Way, Golden Vista Way, Burnbray Place, and Copper Cove Place.

6.  Electronic books, records, receipts, bank statements and records, money drafts, letters of credit, money order and cashier checks receipts, passbooks, bank checks and other electronic items evidencing the obtaining, secreting, transfer, and/or concealment of robbery proceeds (including postal keys and personal keys of the letter carrier), assets obtained with stolen U.S. Mail, and the obtaining, secreting, transfer, concealment and/or expenditure of money associated with theft or possession of stolen U.S. Mail, postal property, stolen property, electronic transfer of funds, and the use of identifications and application of credit cards in the names of persons other than Deleal, Powell, Patrick, Moses, and juvenile I.G.

7. Electronic records, contact lists, and image files of any and all associates of Deleal, Powell, Patrick, Moses, and juvenile I.G and people referenced in electronic contact lists, books, records, receipts, bank statements and records, money drafts, letters of credit, money order and cashier checks receipts, passbooks, bank checks and other electronic items evidencing the obtaining, secreting, transfer, and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money associated with robbery of postal property (such as a key), theft of U.S. Mail, stolen property, the use of identifications of others, credit card applications in the names of others, and the electronic transfer of funds.

8. Electronic books, records, receipts, notes, ledgers, pictures, video, and communications (emails and text messaging) relating to use, acquisition, and/or sale of others' mail, personal identifying and financial information, including contents of such mail (mailed cash and checks, and postal customer property), together with indicia of the possession, control, ownership, or use of such records in relationship to online purchases, on-line chats, and e-mails relating to the theft of U.S. Mail, Identity Theft, and Mail Fraud. Search shall include use of internet and social media sites, such as facebook, to research victims, postal customers, reward offers for the return of postal property, and reward offers for robbery perpetrator identity information.

9. Electronic books, records, receipts, notes, ledgers, pictures, video, and communications (emails and text messaging) relating to any and all whereabouts and activities, between from early March 2018 through March 14, 2018.

10. Electronic books, records, receipts, notes, ledgers, pictures, video, and communications (emails and text messaging) relating to any and all transactions at or concerning financial institutions and merchants, including Walmart, Wells Fargo Bank, MoneyMart, and City National Bank, between from early March 2018 through March 14, 2018.

11. Electronic books, records, receipts, notes, ledgers, pictures, video, and communications (emails and text messaging) relating to any and all communications between P.G., (mother of juvenile I.G.), J.C. the boyfriend of P.G. and or juvenile I.G., between from early March 2018 through March 14, 2018.

12. Electronic books, records, receipts, notes, ledgers, pictures, video, and communications (emails and text messaging) relating to any and all communications relating to sales of illicit drugs, such as methamphetamine and drug paraphernalia.

## AFFIDAVIT

I, Jeanne-Marie Martin, being duly sworn, depose and state as follows.

1.      I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized to request an arrest warrant.  I have been employed with the U.S. Postal Inspection Service (USPIS) as a federal law enforcement officer since February 2006.

2.      I am assigned to the Mail Theft Team in the San Francisco Division, Sacramento Domicile in Sacramento, California.  During my tenure, I have completed law enforcement training to include the twelve-week Postal Inspector Basic Training in Potomac, Maryland.  As part of my official duties, I am authorized to investigate and to make arrests for violations of federal and state law, including robbery and burglary of postal facilities, destruction of government property, theft of U.S. Mail, possession of stolen U.S. Mail, mail and bank fraud, false statements, obstruction of mail, credit card fraud, identity theft and/or counterfeit personal checks and identifications.

3.      As a U.S. Postal Inspector with the USPIS, I have participated in numerous criminal investigations relating to theft of U.S. Mail, destruction of government property, counterfeit personal and corporate checks, possession of stolen U.S. Mail, bank fraud, identity theft and counterfeit identifications.  I have also conducted investigations regarding the manufacturing and utterance of counterfeit personal and corporate checks and counterfeit identifications.

4.      This affidavit is submitted in support of an Application for a Search Warrant for each of the following electronic devices:

   (1) Silver LG cellular phone, S/N 712CYSF0054750
   (2) White LG cellular phone, S/N 702CYFT1063451
   (3) Black and Red Sandisk Cruzer 8GB Thumbdrive
   (4) Black and Grey Patriot Memory 4GB Thumbdrive
   (5) Black ZTE cellular phone, S/N 32576449D6F5
   (6) Grey LG cellular phone, S/N 709CQCV210243
   (7) ZTE cellular phone, S/N 325176612643
   (8) LG J3 cellular phone, S/N 712CYUK040118
   (9) Verizon 4G LTE Tablet, FCC ID No. HFSQMV78
   (10) Green micro SD HC thumb drive
   (11) ZTE cellular phone, S/N 325776513083
   (12) ZTE cellular phone, S/N 320183882767
   (13) Red Dell Laptop, S/N 00196-065-021-193
   (14) ZTE cellular phone, S/N 32018384435
   (15) Black Smart Watch, S/N 355201801240948
   (16) Samsung cellular phone with cracked screen, SW No. G530T1UVU1AOH9

5.      All electronic devices are located at the USPIS Domicile, Evidence Room, 2000 Royal Oaks Drive, Sacramento, CA, as further described in "Attachment A", which is attached hereto and fully incorporated herein. The warrant is for items set forth in "Attachment B", which is attached hereto and fully incorporated herein.  The items set forth in "Attachment B" constitute evidence, fruit, and instrumentalities of violations of 18 USC 371 Conspiracy, 18 USC 2,1704, Poss of USPS Keys with Intent to Unlawfully Use Such Keys, 18 USC 2,1708 Possession of Stolen US Mail, 18 USC 2,1705 Destruction of US Mail, 18 USC 2,2114(a) Assault of Mail Carrier, 18 USC 2,2114(b) Poss  Robbery Proceeds, 18 USC 2,1344(2) Bank Fraud & Attempt, 18 USC 2, and 1028A(a)(1) Aggravated Identity Theft.

6.     On March 21, 2018, this Court issued a complaint (2:18-MJ-0066 DB) and arrest warrants (filed copy attached hereto and fully incorporated herein) for Damian Anthony DELEAL aka "Pony Boy" (DOB: 5/31/88), Jacey Alexandra POWELL (DOB: 2/14/99), Brandon Lee MOSES (DOB: 5/31/88), and Loren Shawn PATRICK (DOB: 7/3/89). The defendants, as indicated below, were charged with federal crimes.

| Count | Date | Violation/Description | Defendant |
|-------|------|-----------------------|-----------|
| 1 | 3/9/18 - 3/14/18 | 18 USC 371 Conspiracy | Deleal, Powell, Patrick, Moses |
| 2 | 3/9/18 - 3/14/18 | 18 USC 2,1704 Poss of USPS Keys with Intent to Unlawfully Use Such Keys | Deleal, Powell, Patrick, Moses |
| 3 | 3/9/18 - 3/14/18 | 18 USC 2,1708 Possession of Stolen USMail | Deleal, Powell, Patrick, Moses |
| 4 | 3/14/18 | 18 USC 2,1705 Destruction of US Mail | Deleal, Powell, Patrick |
| 5 | 3/9/18 | 18 USC 2,2114(a) Assault of Mail Carrier | Deleal, Powell, Moses |
| 6 | 3/14/18 | 18 USC 2,2114(b) Poss  Robbery Proceeds | Deleal, Powell, Patrick, Moses |
| 7 | 3/12/18 | 18 USC 2,1344(2) Bank Fraud & Attempt | Deleal |
| 8 | 3/14/18 | 18 USC 2,1344(2) Bank Fraud & Attempt | Deleal & Moses |
| 9 | 3/13/18- 3/14/18 | 18 USC 2,1344(2) Bank Fraud & Attempt | Deleal, Powell, & Patrick |
| 10 | 3/14/18 | 18 USC 2,1344(2) Bank Fraud & Attempt | Deleal, Powell, & Patrick |
| 11 | 3/12/18 | 18 USC 2,1028A(a)(1) Agg ID theft | Deleal |
| 12 | 3/14/18 | 18 USC 2,1028A(a)(1) Agg ID Theft | Deleal & Moses |
| 13 | 3/14/18 | 18 USC 2, 1028A(a)(1) Agg ID Theft | Deleal, Powell, Patrick |

7.     The defendants, working with others known and unknown to the United States, including juvenile I.G., beginning on or about March 9, 2018 through March 14, 2018, conspired (a) to steal and possess postal keys with intent to unlawfully use such keys in violation of Title 18, United States Code, Section 1704; (b) to steal and possess stolen U.S. Mail  in violation of Title 18, United States Code, Section 1708; (c) to execute a scheme and artifice to obtain the monies and funds owned by and under the custody and control of federally insured financial institutions by means of material false and fraudulent pretenses, representations, and promises, and attempt to do so, in violation of Title 18, United States Code, Sections 2, 1344(2); and (d) to pose as others and utilize the identity information of others to commit fraud upon federally insured financial institutions in violation of Title 18, United States Code, Section 1028A(a)(1) in furtherance of violation of 18, United States Code, Sections 2, 1344(2).

8.     During and in furtherance of the conspiracy and in perpetrating additional crimes and illicit objects of the conspiracy, Deleal, Powell, Patrick, and Moses, and others (including persons presently not charged) including juvenile I.G., did undertake the following acts (as set forth in the incorporated complaint, attached hereto).  (1) Prior to 3/9/18, in Carmichael, California, Deleal and Powell obtained a weapon (later determined to be a realistic replica revolver pistol, which shot BB ammunition, containing facsimile bullet shaped BB pellet cartridges).  (2) Deleal and Powell provided the weapon to a co-conspirator, not presently charged herein, for purposes of obtaining US Postal Service Keys for the use by Deleal, Powell, Moses, and Patrick.  (3) After the 3/9/18 armed robbery of a US Postal Service carrier in Sacramento, Deleal, Powell, Moses, and Patrick unlawfully obtained proceeds from the robbery, including a USPS Postal Key with serial number ending 590 (referred to as a "magical key"), for unlawful use by the conspirators.  (4) From about March 9, 2018 through March 14, 2018, Deleal, Powell, Patrick, and Moses, working with others, used the postal key obtained by armed robbery of the postal carrier to unlock US Mail letter boxes, receptacles, and community depositories for US Mail matter, to steal, take, and abstract US Mail.  (5) From about

March 9, 2018 through March 14, 2018, Deleal, Powell, Patrick, and Moses opened the stolen US Mail, profiled US Mail theft victims, conducted internet searches on such victims, and catalogued contents of stolen US Mail, including checks, access devices, and identification information. (6) Posing as postal customers and using without authority identification information of such victims, the conspirators altered stolen checks for fraudulent negotiation and attempted negotiation of the financial instruments at federally insured financial institutions and Sacramento area merchants to obtain cash, goods, and credit at the expense of the financial institutions. (7) Also posing as postal customers/victims and using without authority identification of such victims, the defendants used stolen access devices to make withdrawals and attempted withdrawals at federally insured financial institutions and Sacramento area merchants to obtain cash, goods, and credit at the expense of federally insured financial institutions.

9.      As set forth in the attached complaint (fully incorporated herein), the charged persons did the following. (1) Between March 9, 2018 and March 14, 2018, Deleal, Powell, Moses, and Patrick possessed the stolen postal key with serial number ending 590 and used this postal key obtained from the armed robbery to open Sacramento County area mailboxes, including on Palmerson Drive, Diablo Drive, Dieppe Way, Shade Tree Way, Keoncrest Circle, Porto Pino Way, Golden Vista Way, Burnbray Place and Copper Cove Place. (2) Deleal, Powell, Moses, and Patrick stole US Mail from US Mail receptacles, including of postal customers on said streets. (3) Deleal, Powell, Moses, and Patrick opened, profiled, and possessed the stolen US Mail (including by transporting the stolen US Mail to Deleal's residence (at which Powell and Moses also maintained personal effects and property). (4) Deleal, Powell, and Moses researched mail theft victims, including victim RB (spouse of victim PB), via internet. (5) Deleal, Powell, and Patrick, aiding and abetting each other, altered the stolen US Mail and posed as mail theft victims to forge victim signatures to fill out checks for negotiation. (6) Deleal, Powell, Patrick, and Moses, aiding and abetting each other, posed as postal customers/victims and used check and access devices from stolen US Mail.  Specifically, on March 14, 2018, Moses transported and accompanied Deleal (while possessing stolen US Mail and Postal Key with serial number ending 590) to Walmart and transported Deleal to Wells Fargo Bank all to use stolen US Mail of victim PB, whose US Mail receptacle is located on Palmerson Drive.  After Deleal altered a stolen check (originally payable to victim VG), Patrick transported Powell on March 13 and again on March 14, 2018 to MoneyMart to cash the altered stolen check (drawn on victim City National Bank), an item of stolen US Mail of victim VG whose US Mail receptacle is located on Shade Tree Way. After Deleal altered another stolen check (originally blank and later forged payable to Powell), Patrick transported Powell on March 14, 2018 to Wells Fargo Bank to cash the altered stolen check, an item of stolen US Mail of victim NS whose US Mail receptacle is located on Copper Cove Place.  (7)  Deleal and Powell contacted law enforcement to turn in Moses for purposes of collecting reward money for the postal key the conspirators stole and left in the possession of co-conspirator Moses. (8) Moses and Patrick provided vehicles and internet research support to assist in use of postal key with serial number ending 590 and to steal US Mail and to use without authority contents of stolen US Mail to obtain cash goods and services at the expense of federally insured financial institutions and Sacramento area merchants. (9) Deleal, Powell, and Patrick, in furtherance of the conspiracy, to conceal the criminal conduct of the conspirators, and, believing law enforcement had uncovered evidence of the conspiracy, obstructed justice by doing away with evidence (including US Mail stolen with postal key with serial ending 590). (10) Deleal, Powell, and Patrick destroyed US Mail, including by burning the stolen US Mail (specifically at Deleal's residence (where Powell and Moses also maintained personal effects and property). (11) The conspirators also destroyed US Mail and attempted to conceal it by burying the stolen US Mail and thereafter covering it with human excrement and waste, all to obstruct law enforcement and conceal the conspirators' criminal conduct.

10.     As set forth in the attached complaint (fully incorporated herein), on March 15, 2018, in Sacramento County, the driver of a vehicle was contacted by law enforcement for unlawful registration and vehicle tags.  The occupants of the vehicle included the driver (P.G., later identified

as the mother of juvenile I.G.), the boyfriend of P.G. (J.C.), and juvenile I.G.  After reviewing surveillance images of the armed robbery of the postal carrier, the mother identified her son as the robber.  The mother also identified her son's clothing depicted on her son during the robbery.  Specifically, the mother identified a unique sweatshirt worn by her son for several days prior to the robbery including on the day of the robbery.  P.G. provided consent to the search of her vehicle.  In P.G.'s vehicle, law enforcement recovered in the back seat next to where juvenile I.G. had been sitting, juvenile I.G.'s facsimile revolver, (1) a Silver LG cellular phone (SN 712CYSF0054750), and (2) a White LG cellular phone (SN 702CYFT1063451).  The cell phones were seized incident to the arrest of juvenile I.G.

11.    On March 15, 2018, law enforcement conducted a consent search at juvenile I.G.'s Lions Gate Way residence in Sacramento, including areas of the residence to which juvenile I.G. had access. During the consent search, law enforcement recovered (3) a Black and Red Sandisk Cruzer 8GB Thumbdrive, (4) a Black and Grey Patriot Memory 4GB Thumbdrive, and (5) a Black ZTE cellular phone (SN 32576449D6F5).  During the consent search of a van (parked in the driveway) of the Lions Gate Way residence, wherein P.G., I.G., and J.C. stored items and had access, law enforcement recovered (6) a Grey LG cellular phone (SN 709CQCV210243).  The owner of the residence and of the van consented to seizure of the herein described electronic devices.

12.    As set forth in the attached complaint (fully incorporated herein), on March 14, 2018, Moses was stopped by law enforcement for driving a vehicle with expired registration and false vehicle tags. Moses was the only occupant.  Moses consented to search of his vehicle.  In Moses' vehicle, law enforcement found in plain view US Mail addressed to other persons (postal customer P.B. and spouse R.B.).  Law enforcement later confirmed the US Mail as stolen mail of P.B. and R.B. from Wells Fargo Bank (containing 2 replacement credit cards ending 1906).  Also found in Moses' vehicle was the stolen postal key with serial number ending 590 and Moses' (7) ZTE cellular phone (SN 325176612643).  Moses consented to search of his phone and it was seized upon his arrest.  Law enforcement later determined the 2 Wells Fargo Bank credit cards (ending 1906) were stolen.  Victim P.B.'s address was on Palmerson Drive (which receptacle law enforcement is aware may be opened by using postal key with serial number ending 590).  The stolen card(s) were used to conduct fraudulent transactions (including attempts at Walmart for $202.00 and $215.24 and attempts at a Wells Fargo Bank ATM in the amounts of $200, $100, $300, and $100).  Law enforcement obtained quality surveillance images which depict Deleal, aided and abetted by Moses (who is also depicted at Walmart), conducting the transactions.

13.    As set forth in the attached complaint (fully incorporated herein), on March 14, 2018, law enforcement observed a male (Patrick) who resembled the armed robber (who was at that time still unknown and at large) and a female (Powell) leaving the back yard area of Deleal's Manzanita Avenue, Carmichael residence.  The two entered a vehicle (later identified as belonging to Patrick). The male resembling the robber (Patrick) drove the vehicle a short distance to a Wells Fargo Bank parking lot.  Patrick was then contacted by law enforcement for driving a vehicle with expired registration and cracked windshield.  Upon Patrick's arrest for possession of drug use paraphernalia, (8) an LG J3 cellular phone (SN 712CYUK040118) was seized from Patrick.  During impound and inventory search of the vehicle, law enforcement recovered Patrick's (9) Verizon 4G LTE Tablet (FCC ID No. HFSQMV78).

14.    As set forth in the attached complaint (fully incorporated herein), on March 14, 2018 after Miranda rights advisement and waiver, Patrick provided a voluntary interview.  Patrick stated that, when contacted by law enforcement, he was transporting Powell to Wells Fargo Bank to get cash for a check.  Patrick stated that he had previously transported Powell to Money Mart on March 13, 2018 and March 14, 2018 to get cash for checks. Law enforcement later determined on both March 13, 2018 and March 14, 2018, Powell attempted to negotiate a City National Bank check (account

number ending 8076) at a Money Mart located at 2202 El Camino Ave, Sacramento, CA.  Law enforcement determined the City National Bank check (ending 8076) was stolen from victim V.G.'s address on Shade Tree Way (which receptacle law enforcement is aware may be opened by using postal key with serial number ending 590). Law enforcement obtained quality surveillance images which depict Powell conducting the transactions.

15.     As set forth in the attached complaint (fully incorporated herein), on March 14, 2018, Powell, upon contact with law enforcement, consented to the search of her purse.  In Powell's purse, law enforcement observed in a clear baggie containing drug paraphernalia (used glass pipe commonly used for methamphetamine) and illicit drugs (brown crystal like substance, which later tested presumptive positive for methamphetamine).  Law enforcement also found in Powell's purse a Wells Fargo Bank check (ending 7516) made payable to Powell from N.S (later confirmed as stolen US Mail to N.S. from Wells Fargo Bank), (10) a Green micro SD HC thumb drive, Powell's (11) ZTE cellular phone (SN 325776513083), and Powell's second (12) ZTE cellular phone (SN 320183882767).  Upon Powell's arrest, her phones and thumb drive were seized.  Law enforcement later determined the Wells Fargo Bank check (ending 7516) was part of an order of checkbooks sent to victim N.S' address on Copper Cove Place (which receptacle law enforcement is aware may be opened by using postal key with serial number ending 590).

16.     As set forth in the attached complaint (fully incorporated herein), after Miranda rights advisement and waiver, Powell provided a voluntary interview.  Powell initially minimized her role in the armed robbery of the postal carrier.  Powell stated she saw references of a "magical key" in text messages between her boyfriend (Deleal) and Moses.  Powell stated Deleal contacted her that morning (3/14/18) and told her Moses was passed out in his vehicle and the stolen postal key was in the ashtray of the vehicle.  Powell stated Deleal -- that morning -- sent her a photo of Moses with the stolen postal key balanced on Moses' leg.  Powell claimed Deleal asked her to call the US Postal Inspection Service (USPIS) to claim the reward money for the stolen postal key (robbery proceeds) that Moses possessed.  Powell admitted that -- that morning -- she did call the postal inspection service to claim the reward.  After a USPIS representative responded, Powell again claimed the reward to USPIS via text message with an attached "postal key on Moses' leg" photo (later confirmed by law enforcement to be a text message on 3/14/18).  Powell claimed she, at Deleal's instruction, later provided USPIS via text an additional photo (close up of postal key) to get reward money for her and Deleal.  Powell confessed that Deleal was going to have Moses send text messages about their "magical" key.  When arrested earlier that morning, law enforcement determined Moses' phone contained text messages, including Moses' outgoing text message stating "Dude, I have a magical key" and another text minutes later stating "it's a key for all mailboxes".  The text messages were addressed to a phone number, 916-xxx-6847, later identified as a phone belonging to Deleal.  Powell confessed Deleal's pictures were the digital images that she forwarded via text message to the USPIS representative.

17.     As set forth in the attached complaint (fully incorporated herein), on March 14, 2018, law enforcement conducted a state probation search of Deleal's Manzanita Avenue residence.  Pursuant to the probation search, law enforcement recovered stolen US Mail in names other than Deleal, Powell, Moses, and Patrick (including victims N.P., S.G., S.S., M. L., S.R., S.M., J.S., and K.M., whose true names are known to law enforcement).  Law enforcement later confirmed victim S.S.'s Wells Fargo Bank credit card (ending 2755) was stolen and used on 3/12/18 at a Wells Fargo Bank ATM.  Law enforcement obtained quality surveillance images, which depict Deleal conducting the transaction.  S.S.' address is on Porto Pino Way (which receptacle law enforcement is aware may be opened by using postal key with serial number ending 590).  Law enforcement also recovered partially burnt checkbooks bearing victim N.S.'s name, who resides on Copper Cove Place.  Also recovered during the probation search was (13) a Red Dell Laptop (SN 00196-065-021-193) and (14) a ZTE cellular phone (SN 32018384435).  Under the terms of his probation and pursuant to his arrest,

the following items were seized: (15) a Black Smart Watch (SN 355201801240948) and (16) a Samsung cellular phone with cracked screen (G530T1UVU1AOH9).

18.     I am aware that individuals, such as Deleal, Powell, Moses and Patrick, involved in mail, bank, credit application, and access device fraud schemes (including schemes to acquire and to use federally insured financial instruments and bank credit cards assigned to others), often obtain and profile the contents of stolen U.S. Mail to further their schemes. Such individuals often possess stolen U.S. Mail for long periods of time for use in their schemes. Such individuals often work with others to use stolen items (including financial info and i.d. info), often maintain close contact, and travel together. I am aware that in financial fraud and identity theft schemes, perpetrators often use victim names, pose as victims on-line to make internet transactions and to open accounts, and to cause fraudulently purchased items to be mailed in victim names. Perpetrators will do this to avoid detection and to create layers of anonymity. Also to avoid detection, perpetrators will cause fraudulently purchased items to be mailed and stored at different locations. I am aware that perpetrators will keep tools, implements, financial statements, access devices, and stolen items close to themselves (especially in electronic devices, vehicles, on their person, in their residences, and in storage units). They also maintain such in areas in which they have access to ensure custody and control of the items and for easy access for use or disposal.

19.     Based upon my training and experience, my conversations with other law enforcement personnel assisting in this case, and my investigation in this case, I am aware that persons involved in identity theft, possession of stolen U.S. mail, credit card fraud, and bank fraud along with their conspirators/accomplices use mobile cell phones and computer laptops and other electronic devices to communicate with one another, either by voice calls, emails, or text messages regarding their fraud and theft activities. I know that such persons who use such devices commonly exchange real time information about theft and fraud activity and other information regarding execution of theft or fraudulent transactions. Such information can be found stored in .pdf files, image files, and in text / email messages of such devices. Such persons also use the devices to link with the internet to obtain addresses and maps and locations/addresses of victims. Such devices can also be used to remotely make (on-line) fraudulent applications and or purchases. Such devices can also be used to perform false or fraudulent mobile banking operations, transactions, and checks (verifications).

20.     Based upon my training and experience, my conversations with other law enforcement personnel assisting in this case and my investigation in this case, I am aware that the complete contents of image files, text messages and emails may be important to establishing the actual user who has dominion and control of a particular phone or computer at a given time. Cell phones may be subscribed to under false names with little to no verification by the service provider. Cell phones, thumb drives, tablets, and computers may also be used by multiple people. Given the ease with which such items may be obtained and used, and the rarity with which law enforcement has eyewitness testimony about a defendant's use of a particular cell phone or device that was used to send a particular text or email message, investigators often have to rely on circumstantial evidence to show that an individual was the actual user of a particular cell phone or device. Often, by piecing together information contained in the contents of the device (cell phone or computer or storage device) an investigator can establish the identity of the actual user. Often, those pieces will come from a time period before the device was used in criminal activity. Limiting the scope of the search for information showing the actual user of the device would, in some instances, prevent the government from identifying the user of the device and, in other instances, prevent a defendant from suggesting that someone else was responsible. Therefore, the entire content of an electronic communication or storage device often provides important evidence regarding the actual user's dominion and control of the device. If the government were constrained to review only a small portion of communications on the devices, that small subsection might give a misleading impression that only a single user had access to the devices.

21.    Based upon my training and experience, my conversations with other law enforcement personnel assisting in this case, and my investigation in this case, I am aware that criminals discussing their criminal activity via electronic communication devices (computer email and cell phone text messaging) may use slang, .pdfs (images), short forms (abbreviated words or phrases such as "lol" to express "laugh out loud"), or code words (which require entire strings or series of text message conversations to determine their true meaning) when discussing their crimes. They can also discuss aspects of the crime without specifically mentioning the crime involved. It is even possible to use pictures, images, and emoticons (images used to express a concept or idea such as a happy face inserted into the content of a text message or the manipulation and combination of keys on the computer keyboard to convey an idea, such as the use of a colon and paren :) to convey a smile or agreement) to discuss matters. "Keyword searches" or other automated methods of review of the text messages sent to and from the subject device would not account for any of these possibilities, so actual review of the text, .pdfs (images), and email messages by law enforcement personnel with information regarding the identified criminal activity is necessary to find all relevant evidence.

22.    Based upon my training and experience, my conversations with other law enforcement personnel assisting in this case and my investigation in this case, I have learned the following additional information:

(a)    Individuals who steal, misdirect, take, unlawfully possess, or by fraud or deception obtain, U.S. Mail often maintain the U.S. Mail, and its contents to include financial records, for long periods of time to exceed months. Such individuals will also capture onto computers, cell phones, and computer storage devices images of stolen mail or fraudulently obtained mail (and its contents) and maintain on computers, cell phones, and storage devices co-conspirators names, victims' names, addresses (of victims, associates, accomplices), and stolen means of identification, thereby reducing such items' exposure to law enforcement and the community. Individuals will then frequently dispose of the mail to avoid detection or association with the stolen mail.

(b)    Individuals who steal, misdirect, take, unlawfully possess, or by fraud or deception obtain, identity information (including names, date of birth, account numbers, SSNs, and other financial information) will often maintain this information for long periods of time to exceed months. Such individuals will also capture such (create image files) onto computers, cell phones, and computer storage devices and maintain such on computers, cell phones, and storage devices of co-conspirators, thereby reducing such items' exposure to law enforcement and the community.

(c)    Also, individuals involved in stealing or fraudulently obtaining U.S. Mail and possessing financial information of others for fraud or deception, use electronic storage devices and cell phones to communicate with others involved in the same type of criminal activity. These individuals often retain evidence of such activity on their computer(s) or other forms of electronic storage media (including cell phones) for long periods of time. Individuals who fraudulently use the U.S. Mail and or financial information of others also use computers and electronic devices to access the internet to assess value and or validity of items obtained fraudulently from the U.S. Mail and or financial information, to barter and sell such stolen property/information, to communicate with others to sell and trade the stolen property/information, and to solicit and research information regarding the stolen property/information.

(d)    I am aware that even if a perpetrator deletes evidence from electronic storage devices of criminal activity (such as identity theft, and fraudulent use of financial information in U.S. Mail), the evidence often can be recovered from computers or other forms of electronic storage media.

23.     I am aware that searching and seizure of electronic storage devices requires a qualified computer forensic specialist and must be conducted in a laboratory or other controlled environment. This is true based on the following:

(a).     The volume of evidence: Computer storage devices (like tablets, cell phones and portable storage devices, such as thumb drives) can store the equivalent of thousands of pages of information. Additionally, a suspect may try to conceal criminal evidence; he or she might store it in random order with deceptive (misleading) file names. This requires searching authorities to examine all the stored data to determine which particular files/data are evidence or instrumentalities of a crime. This sorting process can take weeks or months, depending on the volume of data stored.

(b).     Technical requirements: Searching computer systems for criminal evidence is a highly technical process requiring expert skill and a properly controlled environment. The vast array of computer hardware and software available requires even computer experts to specialize in some systems and applications, so it is difficult to know before a search expert is qualified to analyze the system and its data. Also, data search protocols are exacting scientific procedures designed to protect the integrity of the evidence and to recover even "hidden," erased, compressed, password protected, or encrypted files. Since computer evidence is extremely vulnerable to inadvertent or intentional modification or destruction (both from external sources or from destructive code imbedded in the system as a "booby trap") a controlled environment is essential to its complete and accurate analysis.

(c).     Data analysis may use several different techniques to search electronic data for evidence or instrumentality's of a crime. These include, but are not limited to the following: examining file directories and subdirectories for the lists of files they contain, "opening" or reading the first few "pages" of a selected files to determine their contents, scanning for deleted or hidden data, searching for key words or phrases ("string searches"). Such search techniques also include review of all image files for victim i.d. and financial info, profiles, and or copying.

24.     I am aware that searching and seizure of electronic storage devices requires a qualified computer forensic specialist and must be conducted in a laboratory or other controlled environment. Therefore, your affiant requests authority to make a return on any seized electronic storage devices 120 days after the items are searched. If additional time is needed, the government may seek an extension of this time period from the Court within the original 120 day period from the date of execution of the warrant.

25.     Based on my training and experience, and the training and experience of law enforcement personnel with whom I have discussed this matter, and based on common sense, I am aware that evidence, fruits, and instruments of individuals engaged in financial fraud, identity theft, and fraudulent use of stolen financial information (including from U.S. Mail), as described herein, are typically kept on their person, in electronic devices they possess, in their vehicle and or in vehicles they use, in their residences and surrounding garages, carports, storage units, and in their historical family residence that they continue to use and maintain. Based on my training and experience, and the training and experience of law enforcement personnel with whom I have discussed this matter, and based on common sense, I am also aware that evidence, fruits, and instruments of individuals engaged in financial fraud, identity theft, and fraudulent use of stolen financial information (including from U.S. Mail), as described herein, possess tools and victim info and other such items in electronic storage devices they possess, including in their residences and vehicles.

26.     Based on my training and experience, and the training and experience of law enforcement personnel with whom I have discussed this matter, and based on common sense, I am aware that persons engaged in financial fraud, including access device and bank fraud, cause mail to be

misdirected to addresses that they utilize. Such persons also use associate addresses online to receive merchandise, financial documents, access devices, and other items.

27.     Based on my training and experience, and the training and experience of law enforcement personnel with whom I have discussed this matter, and based on common sense, I am aware that persons engaged in financial crimes, including access device and bank fraud, sort and categorize the stolen data and items they obtained, including stolen U.S. Mail, and then dispose of the unwanted items by tossing or disregarding them in locations such as their trash. Such perpetrators commonly sort and create profiles with the contents of stolen U.S. Mail, including on electronic storage devices. Also, perpetrators keep contents of stolen U.S. Mail, including financial and identification information of victims in their electronic devices as well as in their residences and vehicles.

28.     For the reasons stated above, there is probable cause to believe that evidence, fruits, contraband, and instrumentalities, as more fully described in Attachment B to the Search Warrant and Application for Search Warrant, hereby fully incorporated herein, of violations of 18 USC 371 Conspiracy, 18 USC 2,1704, Poss of USPS Keys with Intent to Unlawfully Use Such Keys, 18 USC 2,1708 Possession of Stolen US Mail, 18 USC 2,1705 Destruction of US Mail, 18 USC 2,2114(a) Assault of Mail Carrier, 18 USC 2,2114(b) Poss  Robbery Proceeds, 18 USC 2,1344(2) Bank Fraud & Attempt, 18 USC 2, and 1028A(a)(1) Agg ID Theft, may be found on the identified 16 electronic items, currently located at the U.S. Postal Inspection Service, Evidence Room, Sacramento Domicile, 2000 Royal Oaks Drive, Sacramento, CA, which items are further described in "Attachment A". Accordingly, your affiant respectfully requests that the attached search warrant be issued.

Jeanne-Marie Martin
US Postal Inspector

Sworn and subscribed before me
this _____ day of March 2018

EDMUND F. BRENNAN
US MAGISTRATE JUDGE

Approved:  Michelle Rodriguez, AUSA

3/28/18

**FILED**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

————————————————— oOo —————————————————

MAR 2 2 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

Damian Anthony DELEAL aka "Pony Boy" (DOB:     /88)
Jacey Alexandra POWELL (DOB:     /99)
Brandon Lee MOSES (DOB:    ./88) and
Loren Shawn PATRICK (DOB: ./ 89)

**CRIMINAL COMPLAINT**

**CASE NO.**

**2:18 - MJ - 0066 DB**

I, La'Keisha Abram, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about each date set forth below, in the Eastern District of California, both defendants, as indicated, (Offense Statutory Language) did violate federal law as follows

-Count 1 - between 3/9/18 - 3/14/18, knowingly combining conspiring and confederating with each other, and others not charged herein, to commit offenses against the United States including violation of 18 USC 1704, 1708, 1344, and 1028A(a)(1), all in violation 18 USC 371;

-Count 2 - between 3/9/18 - 3/14/18, knowingly possessed Postal Keys w/intent to unlawfully use, dispose, & transfer such in violation of 18 USC 2, 1704;

-Count 3 - between 3/9/18 - 3/14/18, knowingly possessed U.S. mail which had been stolen knowing such had be stolen, in violation of 18 U.S.C. 2, 1708;

-Count 4 - on 3/14/18, DELEAL POWELL and PATRCK willfully and maliciously did injure deface and destroy mail matter which had been deposited in an authorized US Mail receptacle, in violation of 18 U.S.C. 2, 1705;

-Count 5 - on 3/9/18, DELEAL MOSES and POWELL intentionally took USPS property from a USPS mail carrier against the victim mail carrier's will by means of force violence and means of intimidation and assault and means of force, all in violation of 18 U.S.C. 2, 2114(a);

-Count 6 - on 3/14/18, possessed concealed and disposed of USPS property knowing the property was stolen and unlawfully obtained in violation 18 USC 2114(a), all in violation of 18 U.S.C. 2, 2114(b);

-Counts 7 - 10 - between 3/12/18 and 3/14/18, DELEAL executed and aided and abetted a scheme to defraud, and attempt to defraud, federally insured financial institutions by means of materially false promises, representations, and pretenses in violation of 18 U.S.C. 2, 1344(1) and (2);

-Count 8 - on 3/14/18, MOSES executed and aided and abetted a scheme to defraud, and attempt to defraud, federally insured financial institutions by means of materially false promises, representations, and pretenses in violation of 18 U.S.C. 2, 1344(1) and (2);

-Counts 9 and 10 - on 3/13/18 and 3/14/18, POWELL and PATRICK executed and aided and abetted a scheme to defraud, and attempt to defraud, federally insured financial institutions by means of materially false promises, representations, and pretenses in violation of 18 U.S.C. 2, 1344(1) and (2);

-Counts 11 - 13 - between 3/12/18 and 3/14/18, DELEAL did knowingly use, and aided and abetted use, without authority means of i.d. of another in a bank fraud scheme and bank fraud access device scheme in violation of 18 USC 2, 1344 (1) and (2) to defraud federally insured financial institutions by means of materially false promises, representations, and pretenses in violation of 18 U.S.C. 2, 1028A(a)(1);

-Counts 12 - on 3/14/18, MOSES did knowingly use, and aided and abetted use, without authority means of i.d. of another in a bank fraud scheme and bank fraud access device scheme in violation of 18 USC 2, 1344 (1) and (2) to defraud federally insured financial institutions by means of materially false promises, representations, and pretenses in violation of 18 U.S.C. 2, 1028A(a)(1);

-Counts 13 - on 3/14/18, POWELL and PATRICK did knowingly use, and aided and abetted use, without authority means of i.d. of another in a bank fraud scheme and bank fraud access device scheme in violation of 18 USC 2, 1344 (1) and (2) to defraud federally insured financial institutions by means of materially false promises, representations, and pretenses in violation of 18 U.S.C. 2, 1028A(a)(1);

all in violation of 18 USC Sections 2, 371, 1704, 1708, 1705, 2114(a) 2114(b) 1344(1)(2), and 1028A(a)(1).

I further state that I am a Postal Inspector with the US Postal Inspection Service in and for the Eastern District of California and that this complaint is based on the following facts:

     - see attached Affidavit, fully incorporated herein

x   Continued on the attached sheet and made a part hereof.

_____
La'Keisha Abram, USPIS Postal Inspector

Sworn to before me, and subscribed in my presence at Sacramento, California

_____
(authorizing/issuing judicial official's signature)

Deborah Barnes, U.S. MAGISTRATE

3-21-18
(date)

_____
(print authorizing/issuing judicial official's name and title)

AFFIDAVIT

I, La'Keisha Abram, being duly sworn, depose and state as follows.

1.      I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized to request an arrest warrant. I have been employed with the U.S. Postal Inspection Service (USPIS) as a federal law enforcement officer since February 2013. I am assigned to the Mail Theft Team in the San Francisco Division, Sacramento Domicile in Sacramento, California. During my tenure, I have completed law enforcement training to include the twelve-week Postal Inspector basic training in Potomac, Maryland. As part of my official duties, I am authorized to investigate and to make arrests for violations of federal and state law, including robbery and burglary of postal facilities, destruction of government property, theft of U.S. Mail, possession of stolen U.S. Mail, mail and bank fraud, false statements, obstruction of mail, credit card fraud, identity theft and/or counterfeit personal checks and identifications. As a U.S. Postal Inspector, I have participated in numerous criminal investigations relating to theft of U.S. Mail, destruction of government property, counterfeit personal and corporate checks, and possession of stolen U.S. Mail, bank fraud, identity theft and counterfeit identifications. I have also conducted investigations regarding the manufacturing and utterance of counterfeit personal and corporate checks and counterfeit identifications.

2.      The facts and conclusions in this affidavit are based (a) on my personal knowledge, (b) on my participation in this investigation, (c) on my training and experience and on the training and experience of other law enforcement personnel with whom I have discussed this case, (d) on information gained from other law enforcement personnel, state and federal reports, and databases, and (e) on statements of witnesses, victims, and postal personnel. This affidavit is submitted for the limited purpose of securing a complaint and arrest warrants. Accordingly, I have set forth only the facts that I believe are necessary to establish that there is probable cause for the herein charged offenses. Specifically, there is probable cause to believe that Damian Anthony DELEAL aka "Pony Boy" (DOB: 5/31/88), Jacey Alexandra POWELL (DOB: 2/14/99), Brandon Lee MOSES (DOB: 5/31/88), and Loren Shawn PATRICK (DOB: 7/3/89) working with others including I.G., a juvenile (not charged herein), conspired to commit, committed, attempted, and aided and abetted, numerous violations of federal criminal law.

| Count | Date | Violation/Description | Defendant |
|-------|------|----------------------|-----------|
| 1 | 3/9/18 - 3/14/18 | 18 USC 371 Conspiracy | Deleal, Powell, Patrick, Moses |
| 2 | 3/9/18 - 3/14/18 | 18 USC 2,1704 Poss of USPS Keys with Intent to Unlawfully Use Such Keys | Deleal, Powell, Patrick, Moses |
| 3 | 3/9/18 - 3/14/18 | 18 USC 2,1708 Possession of Stolen USMail | Deleal, Powell, Patrick, Moses |
| 4 | 3/14/18 | 18 USC 2,1705 Destruction of US Mail | Deleal, Powell, Patrick |
| 5 | 3/9/18 | 18 USC 2,2114(a) Assault of Mail Carrier | Deleal, Powell, Moses |
| 6 | 3/14/18 | 18 USC 2,2114(b) Poss  Robbery Proceeds | Deleal, Powell, Patrick, Moses |
| 7 | 3/12/18 | 18 USC 2,1344(2) Bank Fraud & Attempt | Deleal |
| 8 | 3/14/18 | 18 USC 2,1344(2) Bank Fraud & Attempt | Deleal & Moses |
| 9 | 3/13/18- 3/14/18 | 18 USC 2,1344(2) Bank Fraud & Attempt | Deleal, Powell, & Patrick |
| 10 | 3/14/18 | 18 USC 2,1344(2) Bank Fraud & Attempt | Deleal, Powell, & Patrick |
| 11 | 3/12/18 | 18 USC 2,1028A(a)(1) Agg ID theft | Deleal |
| 12 | 3/14/18 | 18 USC 2,1028A(a)(1) Agg ID Theft | Deleal & Moses |
| 13 | 3/14/18 | 18 USC 2, 1028A(a)(1) Agg ID Theft | Deleal, Powell, & Patrick |

3.     **Count 1.**  Beginning on or about March 9, 2018 through March 14, 2018, Deleal, Powell, Patrick, and Moses, and others not charged herein including juvenile I.G., in the State and Eastern District of California, did knowingly combine, conspire, confederate, and agree with each other and others known and unknown to the United States: (a) to steal and possess postal keys with intent to unlawfully use such keys in violation of Title 18, United States Code, Section 1704; (b) to steal and possess stolen U.S. Mail in violation of Title 18, United States Code, Section 1708; (c) to execute a scheme and artifice to obtain the monies and funds owned by and under the custody and control of federally insured financial institutions by means of material false and fraudulent pretenses, representations, and promises, and attempt to do so, in violation of Title 18, United States Code, Sections 2, 1344(2); and (d) to pose as others and utilize the identity information of others to commit fraud upon federally insured financial institutions in violation of Title 18, United States Code, Section 1028A(a)(1) in furtherance of violation of 18, United States Code, Sections 2, 1344(2).

4.     During and in furtherance of the conspiracy, from about March 9, 2018 through March 14, 2018, Deleal, Powell, Patrick, and Moses, and others not charged herein including juvenile I.G., employed, among others, the following manner and means. (1) Prior to 3/9/18, in Carmichael, California, Deleal and Powell obtained a weapon (later determined to be a realistic replica revolver pistol, which shot BB ammunition, containing facsimile bullet shaped BB pellet cartridges). (2) Deleal and Powell provided the weapon to a co-conspirator, not charged herein, for purposes of obtaining US Postal Service Keys for the use by Deleal, Powell, Moses, and Patrick. (3) After the 3/9/18 armed robbery of a US Postal Service carrier in Sacramento, Deleal, Powell, Moses, and Patrick unlawfully obtained proceeds from the robbery, including a USPS Postal Key with serial number ending 590 (referred to by the conspirators as a "magical key"), for unlawful use by the conspirators. (4) From about March 9, 2018 through March 14, 2018, Deleal, Powell, Patrick, and Moses, and others not charged herein, used the postal key obtained by armed robbery of the postal carrier to unlock US Mail letter boxes, receptacles, and community depositories for US Mail matter, to steal, take, and abstract US Mail. (5) From about March 9, 2018 through March 14, 2018, Deleal, Powell, Patrick, and Moses, and others not charged herein, opened the stolen US Mail, profiled US Mail theft victims, conducted internet searches on such victims, and catalogued contents of stolen US Mail, including checks, access devices, and identification information. (6) Posing as posing as postal customers and using without authority identification information of such victims, the conspirators altered stolen checks for fraudulent negotiation and attempted negotiation of the financial instruments at federally insured financial institutions and Sacramento area merchants to obtain cash, goods, and credit at the expense of the financial institutions. (7) Also posing as postal customers/victims and using without authority identification of such victims, the defendants used stolen access devices to make withdrawals and attempted withdrawals at federally insured financial institutions and Sacramento area merchants to obtain cash, goods, and credit at the expense of federally insured financial institutions.

5.     In furtherance of the conspiracy and to effect the objects thereof, Deleal, Powell, Moses, and Patrick, committed overt acts within the Eastern District of California. (1) Between March 9, 2018 and March 14, 2018, Deleal, Powell, Moses, and Patrick possessed the stolen postal key with serial number ending 590 and used this postal key obtained from the armed robbery to open Sacramento County area mailboxes, including on Palmerson Drive, Diablo Drive, Dieppe Way, Shade Tree Way, Keoncrest Circle, Porto Pino Way, Golden Vista Way, Burnbray Place and Copper Cove Place. (2) Deleal, Powell, Moses, and Patrick stole US Mail from US Mail receptacles, including of postal customers on said streets. (3) Deleal, Powell, Moses, and Patrick opened, profiled, and possessed the stolen US Mail (including by transporting the stolen US Mail to Deleal's residence (at which Powell and Moses also maintained personal effects and property).

(4) Deleal, Powell, and Moses researched mail theft victims, including victim RB (spouse of victim PB), via internet. (5) Deleal, Powell, and Patrick, aiding and abetting each other, altered the stolen US Mail and posed as mail theft victims to forge victim signatures to fill out checks for negotiation. (6) Deleal, Powell, Patrick, and Moses, aiding and abetting each other, posed as postal customers/victims and used check and access devices from stolen US Mail. Specifically, on March 14, 2018, Moses transported and accompanied Deleal (while possessing stolen US Mail and Postal Key with serial number ending 590) to Walmart and transported Deleal to Wells Fargo Bank all to use stolen US Mail of victim PB, whose US Mail receptacle is located on Palmerson Drive. After Deleal altered a stolen check (originally payable to victim VG), Patrick transported Powell on March 13 and again on March 14, 2018 to MoneyMart to cash the altered stolen check (drawn on victim City National Bank), an item of stolen US Mail of victim VG whose US Mail receptacle is located on Shade Tree Way. After Deleal altered another stolen check (originally blank and later forged payable to Powell), Patrick transported Powell on March 14, 2018 to Wells Fargo Bank to cash the altered stolen check, an item of stolen US Mail of victim NS whose US Mail receptacle is located on Copper Cove Place. (7) Deleal and Powell contacted law enforcement to turn in Moses for purposes of collecting reward money for the postal key the conspirators stole and left in the possession of co-conspirator Moses. (8) Moses and Patrick provided vehicles and internet research support to assist in use of postal key with serial number ending 590 and to steal US Mail and to use without authority contents of stolen US Mail to obtain cash goods and services at the expense of federally insured financial institutions and Sacramento area merchants. (9) Deleal, Powell, and Patrick, in furtherance of the conspiracy, to conceal the criminal conduct of the conspirators, and, believing law enforcement had uncovered evidence of the conspiracy, obstructed justice by doing away with evidence (including US Mail stolen with postal key with serial ending 590). (10) Deleal, Powell, and Patrick destroyed US Mail, including by burning the stolen US Mail (specifically at Deleal's residence (where Powell and Moses also maintained personal effects and property). (11) The conspirators also destroyed US Mail and attempted to conceal it by burying the stolen US Mail and thereafter covering it with human excrement and waste, all to obstruct law enforcement and conceal the conspirators' criminal conduct. All in violation of Title 18, United States Code, Section 371.

6.     **Counts 2 through 6.** On March 9, 2018, at about mid-morning, an unknown dark complexion robber, later determined to be a mixed race black male, juvenile I.G., not charged herein, stalked a postal carrier while he was performing his duties (delivering US Mail utilizing a USPS marked vehicle). Juvenile I.G. walked up to the front of the postal carrier's USPS marked vehicle and waited a few moments before approaching the postal carrier who was located at the rear of the vehicle. On March 9, 2018, juvenile I.G. brandished a firearm (later determined to be a facsimile revolver utilizing BB ammunition) and robbed the postal carrier at gunpoint. The robber, juvenile I.G., targeted the postal carrier's keys and only robbed the carrier of said keys. The robbery proceeds included a specific postal key, with serial number ending 590, which key unlocks certain postal receptacles in Sacramento County, including receptacles on Palmerson Drive, Diablo Drive, Dieppe Way, Shade Tree Way, Keoncrest Circle, Porto Pino Way, Golden Vista Way, Burnbray Place and Copper Cove Place.

7.     On March 15, 2018, in Sacramento County, the driver of a vehicle was contacted by law enforcement for unlawful registration and vehicle tags. The driver was identified as the mother of juvenile I.G., and the occupants were juvenile I.G. and the boyfriend of the mother of juvenile I.G. The mother of juvenile I.G. described her son as of mixed race. Based on direct law enforcement contact with juvenile I.G., training and experience and common sense, law enforcement is aware juvenile I.G. is a person of mixed race, with dark complexion. Further, based on review of surveillance images and direct contact with juvenile I.G., law enforcement is aware that he matches the description of the robber provided by the postal carrier and as depicted

in the images, including as to size, stature, approx. weight, and complexion. The mother of juvenile I.G. provided consent to search the vehicle. Juvenile I.G.'s facsimile revolver was located in the back seat of the vehicle next to juvenile I.G. After reviewing surveillance images of the armed robbery of the postal carrier, the mother identified her son as the robber. The mother also identified her son's clothing depicted on her son during the robbery. Specifically, the mother identified a unique sweatshirt worn by her son for several days prior to the robbery including on the day of the robbery.

8.      On March 14, 2018, at approx. 11:50 am, Moses was stopped by law enforcement for driving a vehicle, registered to Moses, with expired registration and false vehicle tags. Moses was the only occupant. Immediately prior to the stop, law enforcement observed Moses, apparently passed out or sleeping, parked for a prolonged period (later determined to be between approx. 9:45 am to 11:45 am) at a gas pump at a Valero Gas station in Sacramento. Moses consented to the search of his vehicle. In Moses' vehicle, law enforcement located some of the conspirators' robbery proceeds, specifically including the USPS postal key bearing serial number ending 590. Also in Moses' vehicle law enforcement found in plain view mail contents. The item was addressed to victim PB (and PB's spouse, victim RB). The item was the mailer upon which two Wells Fargo Bank credit cards were attached. The cards had been removed, each card with account number ending 1906. Law enforcement later confirmed the item was stolen US Mail.

9.      Law enforcement later determined that at least one of the cards, ending 1906, in the name of victim PB, whose US Mail receptacle is located on Palmerson Drive, was used earlier that day at a Sacramento Walmart and a Wells Fargo Bank ATM also located in Sacramento. Law enforcement recovered video of the persons possessing the stolen US Mail (access device ending 1906) and posing as victim PB. The Walmart surveillance images depict Deleal, aided and abetted by Moses (who is also depicted), posing as victim PB purchasing and attempting to purchase merchandise in Walmart for the amount of $202.00 and later in the same Walmart for $215.24. Law enforcement also reviewed surveillance images at the Wells Fargo Bank ATM located in same Sacramento Walmart parking area. The images depicted Deleal posing as victim PB attempting to withdraw cash on multiple occasions, including in the amounts of $200, $100, $300, and $100 from the federally insured bank. During the time Deleal and Moses possessed access device ending 1906 and fraudulently posing as victim PB to steal federally insured funds, Deleal and Moses also attempted charges at a nearby Shell Gas station for $26.00 and a Speedbird Gas station for $20.00. During the consent search of Moses' vehicle, the card ending 1906 was not located with Moses or in his vehicle.

10.     During the traffic stop, Moses was advised of rights per Miranda and Moses waived such rights and provided a voluntary statement to law enforcement. Moses stated that he and Deleal were together since early that morning (starting at approximately 2 am) and that Deleal left him when he fell asleep while parked at the Valero Gas station pump in Sacramento. Moses confessed that he possessed a mailer in his vehicle. The mailer was an item of stolen US Mail, and 2 cards ending 1906 had been attached when mailed. Moses confessed that he was present with Deleal as Deleal removed the card from the mailer. The mailer was found on the driver's side floorboard near Moses' feet as law enforcement contacted him. Moses admitted he knew the postal key (serial number ending 590) was in his vehicle and that he (Moses) and Deleal possessed it while they were together that morning. Moses admitted he knew the key was a postal key. Moses confessed that earlier that morning he accompanied Deleal and drove him to Walmart and Wells Fargo Bank to use the card ending 1906. Moses consented to the search of his cellphone. Preliminary results of the search reveal Moses, via google maps, recorded his and Deleal's whereabouts earlier that day. Moses' phone confirmed Moses was in the locations of Deleal and his fraudulent transactions using card ending 1906. Moses' phone indicated he

possessed and app on his phone to conduct inquiry on victims. Law enforcement determined that Moses' phone was used to conduct internet searches that day using "intelius". Based on my training and experience and my discussions with other law enforcement personnel assisting with this investigation, I am aware that mail, bank, and credit fraud and identity theft perpetrators often use intelius and other such sites, to purchase, obtain, and verify detailed victim personal identifying information. Moses' phone also contained text messages, including Moses' outgoing text message stating "Dude, I have a magical key" and another text minutes later stating "it's a key for all mailboxes". The text messages were addressed to phone number ending 6847. Based on review of other text message in Moses' phone, phone number ending 6847 was utilized by "ponyboy", a moniker later determined by law enforcement to be used by Deleal. (Patrick, post Miranda rights advisement and waiver, voluntarily reported that Deleal uses the name "ponyboy". Powell, post Miranda rights advisement and waiver, voluntarily reported that Deleal's phone number is 916-xxx-6847). Moses described Deleal's residence location, which law enforcement later confirmed as 5800 Manzanita Avenue, Carmichael, California. Law enforcement determined Deleal was on active probation from state felony offenses, including with full search and seizure terms.

11.     On March 14, 2018, at approx. 2 pm law enforcement observed two males and a female (later identified as Patrick, Powell and Deleal) in front of Deleal's Manzanita Ave residence exiting a vehicle Patrick was driving. One of the males (later identified as Patrick) fit the general description of the armed robber. Law enforcement was concerned because, while some of the proceeds of the armed robbery had been recovered (postal key with serial number ending 590), the weapon and the armed robber remained at large. The three persons then went into the backyard area of Deleal's residence (where law enforcement later determined Deleal maintained his bedroom (converted garage). Approx 3 hours later, the male resembling the armed robber (Patrick) and the female (Powell) left the back yard area of the residence and entered the same (Patrick's) vehicle. The male resembling the robber (Patrick) drove the vehicle a short distance and was thereafter contacted by law enforcement when he parked in a Wells Fargo Bank parking lot. Law enforcement observed the male resembling the armed robber driving the vehicle with unlawful (expired) registration and a cracked windshield.

12.     At the Wells Fargo Bank parking lot, prior to law enforcement contact with the male resembling the armed robber (Patrick), his (Patrick's) female passenger (only other occupant) quickly went into the Wells Fargo Bank. Since Patrick generally matched the description of the armed robber (whose identity was then still unknown and whose firearm was still at large), for officer safety, law enforcement requested Patrick step out of the vehicle to process the vehicle citation. Law enforcement also conducted an investigatory detention and pat down to ensure the male did not have a concealed firearm during the traffic citation process. As Patrick stepped from the vehicle, drug paraphernalia (used glass pipe with suspected methamphetamine residue) was observed in plain view on the driver's side floorboard. Also for officer safety, including the unknown whereabouts of the robbery weapon and to avoid ambush, law enforcement went into the bank to conduct an investigatory detention of the female. Based on my training and experience, conversation with other law enforcement participating in this investigation, and common sense, I am aware that female accomplices often carry the weapon for male criminal associates. Also, officers were concerned that the female may have detected the uniformed officers and marked unit, may be under the influence and, having left the vehicle quickly, was concealing and or discarding in public areas illicit drugs and or weapons. The remaining keys and postal key chain (robbery proceeds) were similarly at large.

13.     After discovery of the drug paraphernalia, Patrick was arrested. After Miranda rights advisement and waiver, Patrick provided a voluntary interview. Patrick claimed he did not participate in the robbery of the postal carrier. Patrick stated Powell and Deleal had a postal key

for access to any mailbox anywhere. Patrick stated Powell and Deleal were not concerned about being apprehended for possession of the key because law enforcement was searching for a small black male. Patrick was acquainted with Moses. Patrick stated that Powell and Deleal bragged about setting up Moses with the postal key (with serial number ending 590). Patrick identified Deleal as "ponyboy". Patrick confessed that, for money, Patrick drove Deleal and Powell to various Sacramento County neighborhoods to steal US Mail using the postal key (prior to it being planted on Moses for the reward money). Specifically, Patrick admitted to driving Deleal and Powell to steal US Mail on the day prior (March 13, 2018). Patrick admitted that while out with Deleal and Powell, Deleal stole US Mail, carried it into his car, and showed it to him. Patrick admitted he possessed and transported the stolen US Mail (with Deleal and Powell) back to Deleal's Manzanita Avenue residence. Patrick stated that both Powell and Deleal took the stolen US Mail into the backyard area (Deleal's bedroom). Patrick stated Powell was Deleal's girlfriend. Patrick stated Powell stays with Deleal at the residence. Law enforcement later determined that Powell and Moses maintained possessions, in addition to stolen US Mail, at Deleal's residence. Patrick stated that Deleal's bedroom was in the backyard area of the residence. Patrick stated that -- that morning (3/14/18) at about 11 am -- Patrick and Powell picked up Deleal on 47th Avenue in South Sacramento. Law enforcement is aware the Valero Gas station at which Moses was located (that morning) is on 47th Avenue in South Sacramento. Patrick stated that Deleal was concerned about the amount of stolen US Mail at the residence and the possibility of law enforcement detection of their criminal activity. Patrick stated Deleal "pony boy" was destroying stolen US Mail. Patrick stated Deleal and Powell were burning stolen US Mail in the backyard area. Before burning the US Mail, Patrick stated the stolen US Mail was everywhere inside the bedroom (converted garage). Patrick stated that, when contacted by law enforcement, he was transporting Powell to the bank to get cash for a check. Patrick stated that he had transported Powell on several prior occasions to get cash for checks.

14.     After law enforcement initiated contact during the traffic stop of a possible armed robbery suspect (Patrick) and after discovery of Patrick's drug paraphernalia in the vehicle he and Powell occupied, Patrick stated Powell left his vehicle to go into the bank. During the high risk traffic stop of a possible armed robbery suspect, for officer safety, law enforcement went into the bank to speak with Powell. Powell was located while she was waiting in line to cash a check at the federally insured Wells Fargo Bank. Powell was advised of the traffic stop and Powell consented to speak with the officers and gave law enforcement consent to search her purse. Law enforcement observed in a clear baggie in Powell's purse drug paraphernalia (used glass pipe commonly used for methamphetamine) and illicit drugs (brown crystal like substance which later tested presumptive positive for methamphetamine). Law enforcement also later recovered the check Powell intended to cash from her purse. The check was later determined to be forged and determined to be an item of stolen US Mail, from victim NS who resided on Copper Cove Place. Powell was then placed under arrest.

15.     After Miranda rights advisement and waiver, Powell provided a voluntary interview. Powell initially minimized her role in the armed robbery of the postal carrier by claiming to law enforcement that she initially learned, via Facebook, there was a recent robbery (on March 9, 2018) of a letter carrier in Sacramento. While minimizing her role, Powell stated she saw references of a "magical key" in text messages between her boyfriend (Deleal) and Moses.

16.     During the March 14, 2018 voluntary interview, while minimizing her conduct, Powell indicated that on about March 13, 2018, Deleal came up with an idea for them to get the cash reward for the return of the postal key taken at gunpoint during the March 9, 2018 armed robbery. On March 13, 2018 and March 14, 2018, Powell stated that Deleal and she planned to claim the reward for Moses' postal key (obtained from the armed robbery). During the March 14, 2018 voluntary interview, while trying to convince law enforcement of her minimized role,

Powell stated Deleal contacted her that morning (3/14/18) regarding Moses and the postal key. Powell stated Deleal told her that morning that Moses was passed out in his vehicle and the stolen postal key was in the ashtray of the vehicle. Powell stated Deleal -- that morning -- sent her a photo of Moses with the stolen postal key balanced on Moses' leg. Powell claimed Deleal asked her to call the US Postal Inspection Service to claim the reward money for the stolen postal key (robbery proceeds) that Moses possessed. Powell admitted that -- that morning -- she did call the postal inspection service to claim the reward. After a USPIS representative responded, Powell again claimed the reward to USPIS via text message with an attached "postal key on Moses' leg" photo (later confirmed by law enforcement to be a text message at approximately 11 am on 3/14/18). Powell claimed she, at Deleal's instruction, later provided USPIS via text an additional photo (close up of postal key[1]) to get reward money for her and Deleal. Following the plan (to turn in co-conspirator Moses with key for reward money), Powell stated that she and Patrick then went to pick up Deleal (who, on foot, was leaving Moses (asleep or passed out in his vehicle) at the Valero Gas station on 47th Avenue in South Sacramento). Powell stated that -- that morning (3/14/18) at about 11 am -- Patrick and she (Powell) picked up Deleal at apartments on 47th Avenue. Law enforcement is aware the Valero Gas station at which Moses was located (that morning) is located near apartments on 47th Avenue. Accordingly, from March 9, 2018 through March 14, 2018, Deleal, Powell, Patrick and Moses did receive, possess, conceal, and dispose of USPS property, namely a postal (arrow) key with serial number ending 590, knowing the property was stolen and or unlawfully obtained in violation of 18 USC 2114(a), and in using such property, did aid and abet such receipt, possession, concealment, and disposal of the property, all in violation of Title 18, United States Code, Sections 2, 2114(b). Also, from March 9, 2018 through March 14, 2018, Deleal, Powell, Patrick and Moses did knowingly possess a USPS postal key, namely a postal (arrow) key with serial number ending 590, with the intent unlawfully and improperly to use, transfer, sell and otherwise dispose of such keys, all in violation of Title 18, United States Code, Sections 2, 1704.

17.     During the March 14, 2018 voluntary interview, while still minimizing her conduct, Powell admitted that on March 14, 2018 (after picking up Deleal), Patrick drove her and Deleal to Money Mart in Sacramento to negotiate an item of stolen US Mail. Law enforcement later determined Powell was referring to an altered check she presented for unlawful negotiation to Money Mart on 3/13/18 and again on 3/14/18 (originally payable to postal customer victim VG and drawn on victim financial institution City National Bank). The stolen check (originally payable to victim VG and drawn on victim City National Bank) Powell confessed the conspirators attempted to negotiate was an item of stolen US Mail apparently stolen using the

---

[1] The additional March 14, 2018 photo was a close up of the actual key (postal key robbery proceeds from the March 9, 2018 armed robbery). Based on my training and experience (including with similar postal (arrow) keys), my knowledge of the type of key possessed and used by the postal carrier when he was robbed, my familiarity with this investigation, and my discussions with other law enforcement and USPS personnel participating in the investigation, I am aware that the key depicted appeared to be the postal key robbery proceeds from the March 9, 2018 armed robbery. Also depicted was the left thumb and forefinger of a person (later determined to be Deleal) holding the key for the digital image. The thumb had a plainly visible unique medium sized cuticle scab from a recent apparent hangnail. Powell, in her text message to USPIS accompanying the close up postal key image, indicated Deleal was the possessor of the key between his thumb and forefinger. Powell's text message to USPIS stated "when he [Moses] fell asleep my boyfriend [Deleal] took a picture of it [the key]". Law enforcement is aware that when Deleal was arrested later that day (March 14, 2018), law enforcement (including personnel who had seen the additional close up photo) observed that Deleal had on his left thumb the plainly visible unique medium sized cuticle scab.

postal key (serial number ending 590), which key unlocked postal customer victim VG's US Mail receptacle located on Shade Tree Way.

18.    Also during the March 14, 2018 voluntary interview, Powell confessed that on March 14, 2018 (immediately prior to the traffic stop), Patrick drove her to Wells Fargo Bank to negotiate (referencing the personal check located from consent search in her purse) a personal check. Law enforcement later determined Powell was referring to a forged personal check that Deleal completed (using without authority the name, signature, and account number of postal customer victim NS) and provided to her and Patrick to present for unlawful negotiation at the Wells Fargo Bank. She entered the Wells Fargo Bank to cash the check for the conspirators. Law enforcement later determined the stolen check (originally blank and later forged payable to Powell) was drawn on federally insured victim Wells Fargo Bank. Law enforcement later confirmed the check the conspirators attempted to negotiate was an item of stolen US Mail apparently stolen using the postal key (serial number ending 590), which key unlocked postal customer victim NS' US Mail receptacle located on Copper Cove Place.

19.    During the March 14, 2018 voluntary interview, after a brief break Powell acknowledged to law enforcement that she had not been completely truthful. Powell then confessed that Deleal and she working with Patrick and Moses, stole US Mail. Deleal however wanted to steal a postal key to get easier access to other people's mail. Powell confessed that Deleal and she obtained a revolver to facilitate the robbery of a postal carrier for the key. Powell believed the revolver to be a real gun and was maintained by Deleal in a lockbox. Powell confessed that she and Deleal prior to the armed robbery of the postal carrier, drove to a residence of Deleal's associate in South Sacramento. Powell confessed that Deleal and she provided the revolver to the associate in order to facilitate the robbery of the postal carrier for the key. Powell stated that Deleal agreed to pay his associate $3000 for the stolen key.

20.    During the March 14, 2018 interview, after Powell indicated she wanted to provide a truthful statement, Powell confessed that after the March 9, 2018 robbery of the postal carrier, Deleal went to obtain the robbery proceeds from his associate. Powell stated Deleal and his associate were unsure which of the stolen keys opened US mail receptacles. Powell stated Deleal took the key which appeared most likely to be the postal key which unlocked US mail receptacles, on condition of later payment if the key worked. Powell was aware Deleal and Moses stole US Mail with the key. Powell stated Deleal allowed Moses to possess the key.

21.    During the March 14, 2018 interview, again after Powell indicated she wanted to provide a truthful statement, Powell confessed Deleal working with her and Patrick had a plan to set up Moses for purposes of collecting the reward money for the stolen postal key (serial ending 590). Following the plan (to turn in co-conspirator Moses with key for reward money), Powell stated that Deleal was going to have Moses send text messages about their "magical" key. When arrested (that morning of the 47th street traffic stop) and after consent to search, law enforcement determined Moses' phone contained text messages, including Moses' outgoing text message stating "Dude, I have a magical key" and another text minutes later stating "it's a key for all mailboxes". The text messages were addressed to a phone number later identified as a phone belonging to Deleal. Powell admitted, in furtherance of their plan, that Deleal was at the Valero Gas Station, leaving the postal key with Moses (whom he had been with all that morning) and taking pictures. Powell confessed Deleal pictures were the digital images that she forwarded via text message to the USPIS representative, all in furtherance of the conspiracy.

22.    During the March 14, 2018 interview, again after Powell indicated she wanted to provide a truthful statement, Powell volunteered to show law enforcement where Deleal's associate (herein uncharged co-conspirator who helped set up the armed robbery) resided. The residence

identified by Powell corresponded to a witness statement that they observed the March 9, 2018 armed robber flee in the direction of the street in which the associate reportedly resided.

23.     On March 15, 2018, law enforcement conducted surveillance of the residence and general area of the residence. Law enforcement observed a male that matched the description of the armed robber in the residence driveway. The male was of apparent mixed raced, with dark complexion, and matched the robber in size and stature. Law enforcement on site previously had reviewed surveillance images of the robber which were taken at the time of the armed robbery. Based on the training and experience of law enforcement on site, review of prior images of the armed robber by law enforcement personnel on site, and common sense, the person at the residence was believed by law enforcement on site to be the armed robber. Law enforcement observed the suspected armed robber get into a vehicle located in front of the residence. Law enforcement on site observed the vehicle leave the residence. Law enforcement observed the vehicle had unlawful registration and vehicle tags. As set forth above, a traffic stop was conducted for the illegally operated vehicle. Also as set forth above, the driver was identified as the mother of juvenile I.G., and the mother of juvenile I.G. later identified her son as the armed robber in the surveillance images. Further, as set forth above, Deleal's revolver (referred to by Powell) was located in the backseat with juvenile I.G. Accordingly, Deleal, Powell, and Moses, aiding and abetting each other, working with others not charged herein, intentionally took USPS property, namely a postal (arrow) key with serial number ending 590, from a USPS mail carrier against the victim mail carriers' will by means of force, violence, and means of intimidation, and while committing and attempting to commit the robbery, the defendants did assault, and aid and abet the assault of the mail carrier, jeopardizing the life of the mail carrier by using threats of force, all in violation of 18 USC 2, 2114(a).

24.     On March 14, 2018, at approximately 5:40 pm, law enforcement conducted a state probation search of Deleal's residence located at 5800 Manzanita Ave, Carmichael, CA. Law enforcement confirmed 5800 Manzanita Ave, Carmichael, CA is the address of record for Deleal and that he was on full searchable probation. According to information received from Deleal's family members, Deleal resided in a backyard garage which had been converted into a bedroom. As stated above, law enforcement was aware, Moses and Deleal had been together earlier in the day and the robbery proceeds (USPS postal key) had been recovered from Moses. Moses also had previously described the location of the residence of Deleal, aka "ponyboy", as 5800 Manzanita Avenue, Carmichael, California. According to Deleal's family members who were present at the search (sister and her boyfriend), about five minutes before law enforcement arrived to the residence, Deleal was observed burning US Mail in the backyard. The boyfriend of Deleal's sister stated he walked into the backyard and asked Deleal what he was doing and Deleal responded by admitting, "I just needed to burn some paperwork."

25.     **Count 3 and 4.** Pursuant to the search, law enforcement recovered numerous items in names other than Deleal, Powell, Moses, and Patrick including stolen US Mail, checkbooks and credit cards. Specifically, law enforcement recovered checkbooks bearing victim N.S.'s name. The checkbooks were in the process of being destroyed as they were burned and covered with mud and human excrement, then thrown into the green waste container.

26.     On March 14, 2018, law enforcement determined that Deleal, Powell, Moses, and Patrick possessed stolen US Mail in the Manzanita Ave residence. This stolen US Mail was in addition to the stolen US Mail recovered from Moses' vehicle (mailer for access device in the name of victim PB used by Deleal and Powell) and stolen US Mail that was in Patrick's vehicle and recovered from Powell's purse. Deleal, Powell, Moses and Patrick, possessed stolen U.S. Mail of numerous victims with at least 30 victims, including victims N.P., S.G., S.S., M. L., S.R., S.M., J.S., K.M., PB., RB., and N.S, which victims were identified despite the stolen U.S. Mail

being burned and destroyed by being buried in mud and human excrement. Deleal, Powell, Moses, and Patrick knowingly possessed U.S. Mail, which had been stolen, taken, and abstracted from an authorized U.S. Mail receptacle, knowing the same to have been stolen, taken, and abstracted, in violation of 18 USC 1708. Also, Deleal, Powell, and Patrick, aiding and abetting each other, willfully and maliciously did injure, deface and destroy mail matter which had been deposited in a USPS authorized mail receptacle and letter box in the Eastern District of California, which receptacles were intended for use and used for the receipt and delivery of mail matter on a mail route of the United States Postal Service, all in violation of Title 18, United States Code, Section 1705.

27.     **Counts 7 through 10.** On or about the dates listed below, in the State and Eastern District of California, for the purpose of executing the scheme to defraud federally insured financial institutions, and attempting to do so, Deleal, Powell, Moses and Patrick, as indicated on the dates below, knowingly negotiated, attempted to negotiate, stolen and altered checks and stolen access devices for cash, goods, credit, and services at the expense of federally insured financial institutions, each transaction, and attempted transaction, in violation of Title 18, United States Code, Sections 2, 1028A(a)(1) and 1344.

| Count | Date | Amount | Victim | Transaction Description |
|-------|------|--------|--------|-------------------------|
| 7 | 3/12/18 | unknown | Wells Fargo Bank | Deleal posing as victim S.S., used without authorization victim S.S.'s stolen access device ending 2755 |
| 8 | 3/14/18 | $1163.24 | Wells Fargo Bank | Deleal, aided and abetted by Moses, posed as victim P.B., and used without authorization victim P.B.'s stolen access device ending 1906 |
| 9 | 3/13-3/14/18 | $965.85 | City National Bank | Powell, aided and abetted by Patrick and Deleal, attempted to negotiate victim V.G.'s altered City National Bank check #789573 (ending 8076) |
| 10 | 3/14/18 | $288 | Wells Fargo Bank | Powell, aided and abetted by Deleal and Patrick, attempted to negotiate victim N.S.'s forged Wells Fargo Bank check #149 (ending 7516) |

28.     **Count 7 and 11.** On 3/16/18, victim S.S. reported to law enforcement that his Wells Fargo Debit Card, ending 2755, had been stolen from his U.S. Mail receptacle, which receptacle law enforcement is aware may be opened by using postal key with serial number ending 590. Law enforcement confirmed victim S.S.'s card, ending 2755, was used at a Wells Fargo Bank ATM on 3/12/18 in Sacramento, CA. At the time of the transaction, law enforcement obtained good quality surveillance images from Wells Fargo Bank, which images depict a white male later identified as Deleal. Based on my review of the surveillance images, and my review of the records and documents in this case (including DMV and booking photos of Deleal), my training and experience, my discussions with other law enforcement personnel in this investigation, and based on common sense, Deleal is depicted in the surveillance images. In conducting the unauthorized use of victim S.S.' Wells Fargo Bank Debit card, ending 2755, Deleal did knowingly pose as S.S. and use without authorization S.S.' true name and Wells Fargo Bank account in violation of 18 USC 1344(1) and (2) all in violation of 18 USC 1028A(a)(1).

29.     **Counts 8 and 12.** On 3/14/18, victim P.B. reported to law enforcement that his Wells Fargo credit card, ending 1906, had been stolen from his U.S. Mail receptacle, which receptacle law enforcement is aware may be opened by using postal key with serial number ending 590. As stated above, law enforcement recovered in Moses' vehicle a mailer from Wells Fargo Bank addressed to victim P.B. (and PB's spouse, victim R.B.) stating two Wells Fargo Bank credit cards were attached. The cards had been removed, each card with account number ending 1906.

Law enforcement is aware on 3/9/18, the credit cards were mailed to the victim's Palmerson Drive address. Law enforcement confirmed, victim P.B.'s card, ending 1906, was used earlier that day at a Sacramento Walmart and a Wells Fargo Bank ATM also located in Sacramento. Law enforcement recovered video of the persons possessing the stolen US Mail (access device ending 1906) and posing as victim PB. The Walmart surveillance images depict Deleal, aided and abetted by Moses (who is also depicted), posing as victim PB purchasing and attempting to purchase merchandise in Walmart for the amount of $202.00 and later in the same Walmart for $215.24. Law enforcement also reviewed surveillance images at the Wells Fargo Bank ATM located in the same Sacramento Walmart's parking area. The images depicted Deleal posing as victim PB attempting to withdraw cash on multiple occasions, including in the amounts of $200, $100, $300, and $100 from the federally insured bank. During the time Deleal and Moses possessed access device ending 1906 and fraudulently posing as victim PB to steal federally insured funds, Deleal and Moses also attempted charges at a nearby Shell Gas station for $26.00 and a Speedbird Gas station for $20.00. Based on my review of the surveillance images, and my review of the records and documents in this case (including DMV and booking photos of Deleal and Moses), my training and experience, my discussions with other law enforcement personnel in this investigation, and based on common sense, Deleal and Moses are depicted in the surveillance images at Walmart. In conducting the unauthorized use of victim P.B.'s Wells Fargo Bank Debit card, ending 1906, Deleal, aided and abetted by Moses, did knowingly pose as P.B. and use without authorization P.B.,'s true name and Wells Fargo Bank account in violation of 18 USC 1344(1) and (2) all in violation of 18 USC 1028A(a)(1).

30.     **Count 9.** On March 14, 2018, after a post Miranda rights advisement and waiver, Patrick stated he had taken Powell on several occasions to get cash for checks. Specifically, Patrick had taken Powell to the Money Mart in Sacramento the night of March 13, 2018 and the morning of March 14, 2018. On the night of March 13, 2018, Patrick stated only he and Powell went to the Money Mart in an attempt to cash the check but because Powell was unsuccessful, Patrick, Powell, and Deleal went back on March 14, 2018, in attempt to try cashing the check again. Patrick stated Deleal waited in the car with him on March 14, 2018, while Powell went into the Money Mart. Law enforcement confirmed the check was an item of stolen US Mail from postal customer victim VG. The check was drawn on account ending 8076 at City National Bank. Powell, aided and abetted by Patrick and Deleal, attempted to negotiate the item of stolen US Mail which Deleal had altered from being payable to victim V.G., in the amount of $965.85 to being made payable to Powell. Law enforcement obtained good quality surveillance images from Money Mart of both Powell's attempted negotiations of the City National Bank check on March 13, 2018 and March 14, 2018. Based on my review of the surveillance images, and my review of the records and documents in this case (including DMV and booking photos of Powell), my training and experience, my discussions with other law enforcement personnel in this investigation, and based on common sense, Powell is depicted in the surveillance images. In attempting to conduct the unauthorized negotiation of victim V.G.'s, City National Bank check for account ending 8076, Powell, aided and abetted by Patrick and Deleal, did knowingly and without authorization attempt to negotiate the check in violation of 18 USC 1344(1) and (2).

31.     **Counts 10 and 13.** On 3/14/18, victim N.S. reported to law enforcement that her checks which she ordered from Wells Fargo Bank for account ending 7516, were stolen from her U.S. Mail receptacle, which receptacle law enforcement is aware may be opened by using postal key with serial number ending 590. As stated above, law enforcement had observed Patrick and Powell leave Deleal's residence on Manzanita Ave and drive in Patrick's vehicle to a nearby Wells Fargo Bank. During an investigatory detention and high risk traffic stop, law enforcement recovered by consent search from Powell's purse a personal check drawn on federally insured financial institution Wells Fargo Bank for account ending 7516. The check was forged and made payable to Powell in the amount of $288.00. As indicated above, on March 14, 2018, during the

state probation search of Deleal's Manzanita Ave residence, law enforcement recovered blank checkbooks matching the check possessed by Powell and bearing victim N.S.'s name. The checkbooks were in the process of being destroyed as they were burned and covered with mud and human excrement, then thrown into the green waste container. In conducting the unauthorized use of victim N.S.', Wells Fargo Bank check for account ending 7516, Powell, aided and abetted by Patrick and Deleal, did knowingly attempt to negotiate a stolen and forged check in the name of victim N.S., and use without authorization N.S.' true name and Wells Fargo Bank account in violation of 18 USC 1344(1) and (2) all in violation of 18 USC 1028A(a)(1).

32.    For the reasons set forth herein, there is probable cause to believe that Damian Anthony DELEAL aka "Pony Boy" (DOB: 5/31/88), Jacey Alexandra POWELL (DOB: 2/14/99), Brandon Lee MOSES (DOB: 5/31/88), and Loren Shawn PATRICK (DOB: 7/3/89), committed, and attempted to commit, numerous violations of federal criminal law, including as follows.

| Count | Date | Violation/Description | Defendant |
|-------|------|----------------------|-----------|
| 1 | 3/9/18 - 3/14/18 | 18 USC 371 Conspiracy | Deleal, Powell, Patrick, Moses |
| 2 | 3/9/18 - 3/14/18 | 18 USC 2,1704 Poss of USPS Keys with Intent to Unlawfully Use Such Keys | Deleal, Powell, Patrick, Moses |
| 3 | 3/9/18 - 3/14/18 | 18 USC 2,1708 Possession of Stolen USMail | Deleal, Powell, Patrick, Moses |
| 4 | 3/14/18 | 18 USC 2,1705 Destruction of US Mail | Deleal, Powell, Patrick |
| 5 | 3/9/18 | 18 USC 2,2114(a) Assault of Mail Carrier | Deleal, Powell, Moses |
| 6 | 3/14/18 | 18 USC 2,2114(b) Poss  Robbery Proceeds | Deleal, Powell, Patrick, Moses |
| 7 | 3/12/18 | 18 USC 2,1344(2) Bank Fraud & Attempt | Deleal |
| 8 | 3/14/18 | 18 USC 2,1344(2) Bank Fraud & Attempt | Deleal & Moses |
| 9 | 3/13/18- 3/14/18 | 18 USC 2,1344(2) Bank Fraud & Attempt | Deleal, Powell, & Patrick |
| 10 | 3/14/18 | 18 USC 2,1344(2) Bank Fraud & Attempt | Deleal, Powell, & Patrick |
| 11 | 3/12/18 | 18 USC 2,1028A(a)(1) Agg ID theft | Deleal |
| 12 | 3/14/18 | 18 USC 2,1028A(a)(1) Agg ID Theft | Deleal & Moses |
| 13 | 3/14/18 | 18 USC 2, 1028A(a)(1) Agg ID Theft | Deleal, Powell, & Patrick |

Accordingly, your affiant requests that the attached complaint and arrest warrant be issued.

La'Keisha Abram
Inspector, US Postal Inspection Service

Sworn and subscribed before me
this  21  day of March 2018

DEBORAH BARNES, MAGISTRATE JUDGE

Approved
Michelle Rodriguez, AUSA    3/21/2018

///

AO 93 (Rev. 12/03)  Search Warrant

# UNITED STATES DISTRICT COURT

| EASTERN | District of | CALIFORNIA |

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

A Silver LG cellular phone, S/N
712CYSF0054750 and 15 other electronic storage
devices all located at 2000 Royal Oaks Drive,
Sacramento, CA (USPIS Evidence Room) more
particularly described in Attachment A.
Attachment A is attached hereto and fully
incorporated herein.

**SEARCH WARRANT**

Case Number:

**2:18-SW.0300    EFB**

To: **Jeanne-Marie Martin, U.S. Postal Inspector**    and any Authorized Officer of the United States.

Affidavit(s) having been made before me by    **Jeanne-Marie Martin, U.S. Postal Inspector**    who has reason to
                                                                    Affiant

believe that ☐ on the person of, or ☒ on the premises known as (name, description and/or location)

**See Attachment A, attached hereto and fully incorporated herein**

in the _____ Eastern _____ District of _____ California _____ there is now concealed
a certain person or property, namely (describe the person or property)

**See Attachment B, attached hereto and fully incorporated herein**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so
described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED TO SEARCH ON OR BEFORE    _4–11 – 2018_
                                                                                                        Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making
the search ☐ in the daytime -- 6:00 A.M. to 10:00 P.M.  ☐ at anytime in the day or night as I find reasonable cause has been
established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person
or property taken and prepare a written inventory of the person or property seized and promptly return this warrant to
**HON.**  or other U.S. Magistrate Judge (Rule 41(f)(f4)), as required by law.

_3–28–2018_                                              at    **Sacramento, California**
Date and Time Issued  _at 4:28pm._                              City and State

**Edmund F. Brennan**
**U.S. Magistrate Judge**
Name and Title of Judge                                          Signature of Judge

| **RETURN** | **Case Number:** | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____
Signature of Affiant

Subscribed, sworn to, and returned before me this date.

_____          _____
Signature of Judge                                          Date

**ATTACHMENT A**

The items to be searched -- currently securely stored at the USPIS Sacramento Domicile, Evidence Room, 2000 Royal Oaks Drive, Sacramento, California -- include the following electronic devices:

(1) Silver LG cellular phone, S/N 712CYSF0054750
(2) White LG cellular phone, S/N 702CYFT1063451
(3) Black and Red Sandisk Cruzer 8GB Thumbdrive
(4) Black and Grey Patriot Memory 4GB Thumbdrive
(5) Black ZTE cellular phone, S/N 32576449D6F5
(6) Grey LG cellular phone, S/N 709CQCV210243
(7) ZTE cellular phone, S/N 325176612643
(8) LG J3 cellular phone, S/N 712CYUK040118
(9) Verizon 4G LTE Tablet, FCC ID No. HFSQMV78
(10) Green micro SD HC thumb drive
(11) ZTE cellular phone, S/N 325776513083
(12) ZTE cellular phone, S/N 320183882767
(13) Red Dell Laptop, S/N 00196-065-021-193
(14) ZTE cellular phone, S/N 32018384435
(15) Black Smart Watch, S/N 355201801240948
(16) Samsung cellular phone with cracked screen, SW No. G530T1UVU1AOH9

///

**ATTACHMENT B**

1. Electronic books, records, receipts, notes, ledgers, pictures, video, and communications (emails and text messaging) relating to obtaining, possessing, profiling, using, and or selling personal, identifying, and financial information, to include i.d. numbers (such as dates of birth, social security numbers, and driver's license numbers), financial institution account numbers, credit cards and credit card images and numbers, and goods and services obtained.

2. Electronic books, records, receipts, notes, ledgers, pictures, video, and communications (emails and text messaging) relating to the false use or theft of personal and/or financial identifying information, credit and credit cards, and merchandise (including references to vehicles, gloves, pry bars, other theft/burglary tools, computers, printers, i.d. and check making software, electronic reader writers, label makers, heat sealers, embossers, identification imprinters, paper stock, access devices, and/or stolen property proceeds).

3. Electronic books, records, receipts, notes, ledgers, pictures, video, and communications (emails and text messaging) relating to (a) the acquisition, transfer and use of a weapon and ammunition, specifically to include an authentic revolver or BB gun, (b) facilitating a robbery (specifically including the March 9, 2018 robbery of a letter carrier on Calle Royale Way in Sacramento), (c) obtaining a postal key (including references to US Postal Service Keys generally and USPS Postal Key with serial number ending 590 or a "magical key"), (d) letter carriers and their routes and (e) using a USPS postal key or "magical key".

4. Electronic address and/or telephone books and other electronic materials reflecting names, addresses (such as Manzanita Avenue and Lions Gate Way), and/or telephone numbers of any persons who may be involved in the theft, possession, use, and transfer of U.S. Mail or postal property, armed robbery, identity theft, mail fraud, access device fraud, wire fraud, bank fraud, and sales of such items obtained by fraud, specifically including communications between and among Brandon Moses, Damian Deleal, Jaycee Powell, and Loren Patrick.

5. Electronic books, records, receipts, notes, ledgers, pictures, video, and communications (emails and text messaging) relating to victims of theft, forwarding, or possession of U.S. Mail, and relating to the theft, possession, use, transfer, and sale of personal identifying and financial information. Any and all names, addresses, identification information, and telephone numbers of potential victims. Such victims include, but are not be limited to N.P., S.G., S.S., M. L., S.R., S.M., J.S., K.M., PB., RB., V.G., and N.S, whose full names are known to law enforcement. Such addresses include, but are not limited to Palmerson Drive, Diablo Drive, Dieppe Way, Shade Tree Way, Keoncrest Circle, Porto Pino Way, Golden Vista Way, Burnbray Place, and Copper Cove Place.

6. Electronic books, records, receipts, bank statements and records, money drafts, letters of credit, money order and cashier checks receipts, passbooks, bank checks and other electronic items evidencing the obtaining, secreting, transfer, and/or concealment of robbery proceeds (including postal keys and personal keys of the letter carrier), assets obtained with stolen U.S. Mail, and the obtaining, secreting, transfer, concealment and/or expenditure of money associated with theft or possession of stolen U.S. Mail, postal property, stolen property, electronic transfer of funds, and the use of identifications and application of credit cards in the names of persons other than Deleal, Powell, Patrick, Moses, and juvenile I.G.

7. Electronic records, contact lists, and image files of any and all associates of Deleal, Powell, Patrick, Moses, and juvenile I.G and people referenced in electronic contact lists, books, records, receipts, bank statements and records, money drafts, letters of credit, money order and cashier checks receipts, passbooks, bank checks and other electronic items evidencing the obtaining, secreting, transfer, and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money associated with robbery of postal property (such as a key), theft of U.S. Mail, stolen property, the use of identifications of others, credit card applications in the names of others, and the electronic transfer of funds.

8. Electronic books, records, receipts, notes, ledgers, pictures, video, and communications (emails and text messaging) relating to use, acquisition, and/or sale of others' mail, personal identifying and financial information, including contents of such mail (mailed cash and checks, and postal customer property), together with indicia of the possession, control, ownership, or use of such records in relationship to online purchases, on-line chats, and e-mails relating to the theft of U.S. Mail, Identity Theft, and Mail Fraud. Search shall include use of internet and social media sites, such as facebook, to research victims, postal customers, reward offers for the return of postal property, and reward offers for robbery perpetrator identity information.

9. Electronic books, records, receipts, notes, ledgers, pictures, video, and communications (emails and text messaging) relating to any and all whereabouts and activities, between from early March 2018 through March 14, 2018.

10. Electronic books, records, receipts, notes, ledgers, pictures, video, and communications (emails and text messaging) relating to any and all transactions at or concerning financial institutions and merchants, including Walmart, Wells Fargo Bank, MoneyMart, and City National Bank, between from early March 2018 through March 14, 2018.

11. Electronic books, records, receipts, notes, ledgers, pictures, video, and communications (emails and text messaging) relating to any and all communications between P.G., (mother of juvenile I.G.), J.C. the boyfriend of P.G. and or juvenile I.G., between from early March 2018 through March 14, 2018.

12. Electronic books, records, receipts, notes, ledgers, pictures, video, and communications (emails and text messaging) relating to any and all communications relating to sales of illicit drugs, such as methamphetamine and drug paraphernalia.